## UNITED STATES BANKRUPTCY COURT FOR
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| Dorian Fields , ) | No. 20-21878 |
| Debtor ) | Judge Timothy A. Barnes |
| ) | |

## NOTICE OF MOTION

To:   See attached service list:

PLEASE TAKE NOTICE that on September 15, 2022, at 9:30 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Judge Timothy A. Barnes or any judge presiding in his stead, and then and there present the following Motion To Obtain Credit and Incur Debt, a copy of which is hereby served upon you.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 329 5276, password 433658.** The meeting ID and password can also be found on the judge's page on the court's website

**If you object to this motion** and want it called on the presentment date above, you must file a notice of objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion in advance without a hearing.

By:   /s/ Thomas N. Auwers
      One of Movants' Attorneys

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of August, 2022, the undersigned caused the attached Notice of Motion to be filed with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the parties who are registered participants with the System and via regular mail upon the remaining parties on the attached Service List via first class U.S. Mail. Postage prepaid, on or about 5:00 p.m.

By:   /s/ Thomas N. Auwers
      One of her Attorneys

Thomas N. Auwers
Heller & Richmond, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 781-6700
ARDC #3122576

Label Matrix for local noticing
0752-1
Case 20-21878
Northern District of Illinois
Eastern Division
Tue Aug 23 11:32:44 CDT 2022

Illinois Housing Development Authority c/o U
14841 Dallas Pkwy Suite 425
Dallas, TX 75254-8067

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. BANK NATIONAL ASSOCIATION
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AT&T
Bankruptcy Department
PO Box 769
Arlington TX 76004-0769

Aaron's Inc. d/b/a Aaron's
7311 S Ashland Ave
Chicago, IL 60636-4052

Aarons, Inc.
ATTN: Bankruptcy Department
PO Box 100039
Kennesaw, GA 30156-9239

Acima Credit, LLC
9815 S Monroe St Fl 4
Sandy, UT 84070-4384

American General Financial/Springleaf Fi
Springleaf Financial/Attn: Bankruptcy De
PO Box 3251
Evansville, IN 47731-3251

Ashro
1112 7th Ave
Monroe, WI 53566-1364

Ashro Lifestyle
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Barclays Bank Delaware
PO Box 8801
Wilmington, DE 19899-8801

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

(p)BIG PICTURE LOANS
PO BOX 704
WATERSMEET MI 49969-0704

Brandon S. Lefkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034-7667

Bright Lending
PO Box 578
Hays, MT 59527-0578

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Citi-Shell
PO Box 6497
Sioux Falls, SD 57117-6497

Citibank/Shell Oil
Citicorp Srvs/ Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Citibank/the Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040S
Louis, MO 63129

Credit One Bank NA
PO Box 98873
Las Vegas, NV 89193-8873

Credit One Bank NA
PO Box 98875
Las Vegas, NV 89193-8875

Credit Union 1
Attn: Legal Ops Dept.
2651 Paseo Verde Pkwy.
Henderson, NV 89074-7127

DEVRY UNIVERSITY
3300 N. Campbell Ave.
Attn: Business Office
Chicago, IL 60618-5916

DeVry University
1200 E. Diehl Road
Naperville, IL 60563-9347

Dept of Ed/Navient
Attn: Claims Dept
PO Box 9400
Wilkes Barre, PA 18773-9400

Dept of Ed/Navient
PO Box 9635
Wilkes Barre, PA 18773-9635

| | | |
|---|---|---|
| (p)DEVRY UNIVERSITY<br>1200 EAST DIEHL ROAD<br>NAPERVILLE IL 60563-9347 | Devry Inc<br>Student Accounts<br>3300 N Campbell Ave<br>Chicago, IL 60618-5916 | Fields Dorian E<br>1465 E 69th Pl<br>Fl 1<br>Chicago, IL 60637-4865 |
| First Northern Credit Union<br>c/o Walinski & Associates, P.C.<br>2215 Enterprise Drive<br>Suite 1512<br>Westchester, IL 60154-5804 | First Northern Cu<br>230 W Monroe St Ste 2850<br>Chicago, IL 60606-4975 | First Preimer Bank<br>PO Box 5519<br>Sioux Falls, SD 57117-5519 |
| Freedom Cash Loan<br>PO Box 637<br>Lakeport, CA 95453-0637 | Heller & Richmond Ltd<br>33 N Dearborn St Ste 1907<br>Chicago, IL 60602-3828 | Illinois Housing Development Authority<br>c/o U.S. Bank Home Mortgage,<br>a division of U.S. Bank N.A.<br>4801 Frederica Street<br>Owensboro, Kentucky 42301-7441 |
| K. Jordan<br>PO Box 2809<br>Monroe, WI 53566-8009 | K. Jordan<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Kohl's<br>Peritus Portfolio Services II, LLC<br>PO BOX 141509<br>IRVING, TX 75014-1509 |
| Kohls/Capital One<br>PO Box 3120<br>Milwaukee, WI 53201-3120 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MEDICAL BUSINESS BUREAU<br>P.O. BOX 46440<br>CHICAGO, IL 60646-0422 | Mason<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Mason Easy Pay<br>PO Box 2808<br>Monroe, WI 53566-8008 |
| Massey's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Masseys<br>PO Box 2822<br>Monroe, WI 53566-8022 | Midland Funding LLC<br>P.O. Box 2011<br>Warren MI 48090-2011 |
| Mike's Furniture<br>1259 N Ashland Ave<br>Chicago, IL 60622-2204 | Money Key Loans<br>1000 N West St Ste 1200<br>Wilmington, DE 19801-1058 | Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |
| Northeastern Il Univ<br>5500 N Saint Louis Ave<br>Chicago, IL 60625-4699 | Oppity Fin<br>11 E Adams St<br>Chicago, IL 60603-6301 | Opportunity Financial, LLC<br>130 E. Randolph Street<br>Suite 3400<br>Chicago, IL 60601-6379 |
| PRESTIGE FINANCIAL Services Inc<br>PO Box 26707<br>Salt Lake City, UT 84126-0707 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |

| | | |
|---|---|---|
| Rosebud Lending LZO d/b/a ZocaLoans<br>PO Box 1147<br>Mission, SD 57555-1147 | (p)RUSH OAK PARK HOSPITAL<br>1700 W VANBUREN AVE<br>RM 150 PAYROLL<br>CHICAGO IL 60612-5500 | SHORT TERM LOANS, L.L.C.<br>1400 E. TOUHY AVE. 108<br>DES PLAINES, IL 60018-3338 |
| SPeedy Cash<br>8701 S Cottage Grove Ave<br>Chicago, IL 60619-6903 | Southwest Credit Syste<br>4120 International Pkwy<br>Carrollton, TX 75007-1958 | Southwest Credit Systems<br>4120 International Pkwy Ste 1100<br>Carrollton, TX 75007-1958 |
| Speedy/Rapid Cash<br>PO Box 780408<br>Wichita, KS 67278-0408 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Stoneberry<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Stoneberry Credit Department<br>PO Box 2820<br>Monroe, WI 53566-8020 | Syncb/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Syncb/Sams Club DC<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Walmart DC<br>PO Box 965024<br>Orlando, FL 32896-5024 | Syncb/hh Gregg<br>C/o<br>PO Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Sams<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>PO Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Walmart<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Thd/Cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Bank Home Mortgage<br>4801 Frederica St<br>Owensboro, KY 42301-7441 | US Bank Home Mortgage<br>Attn: Bankruptcy<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | VERIZON WIRELESS<br>P.O. BOX 6170<br>CAROL STREAM, IL 60197-6170 |
| Dorian E. Fields<br>1465 E 69th Pl<br>Fl 1<br>Chicago, IL 60637-4865 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Michael R Richmond<br>Heller & Richmond Ltd<br>33 N Dearborn Suite 1907<br>Chicago, IL 60602-3828 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE FNORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) No. 20-21878
Dorian Fields, ) Chapter 13
) Judge Timothy A. Barnes
Debtor, )

## MOTION TO OBTAIN CREDIT AND INCUR DEBT

The Debtor, Dorian Fields, by and through counsel, and in support of her Motion to Obtain Post-Petition Credit pursuant to 11 U.S.C. § 364, states to the Court as follows:

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This a core proceeding pursuant to 28 U.S.C. §§ 157 (b).

3. The debtor filed a petition for relief and a plan under Chapter 13 of the Bankruptcy Code on December 22, 2020.

4. The plan was confirmed on February 11, 2021. The confirmed plan is for 36 months and requires Debtor to make plan payments to the Trustee of $228.00 per month. Secured creditors are to be paid in full and general unsecured creditors will be paid 10%.

5. The Debtor is seeking credit to purchase a 2019 Chevy Cruz auto to replace her prior vehicle which was returned to the Creditor as a part of her chapter 13 plan.

6. The Debtor is seeking financing in the amount of $20,222.41, which will be paid at $450.00 per month over 72 months with an APR of 16.75%. Please see attached Exhibit A for the good faith estimate. Please see attached exhibit B for debtor's amended I&J schedules

7. The Debtor is on payroll control and is substantially current with the Trustee.

8. The Debtor needs a vehicle in order to maintain her employment and to conduct her daily affairs. Her place of employment is in the suburbs and the Debtor has been using her daughter's auto to get to and from work, however her daughter is now transitioning from remote work to a return to her workplace so the Debtor no longer has the use of her daughter's auto and is in need of her own vehicle..

WHEREFORE, the Debtor requests that the Court enter an order permitting the Debtor to obtain credit in the approximate amount of $20,222.41 with monthly payments of $450.00 over 72 months at an interest rate of 16.75% for the limited purposes of purchasing a 2019 Chevy Cruz auto or substantially similar vehicle and grant the Debtor such other relief as just and proper.

Respectfully submitted,

/s/ Thomas Auwers
Attorney for Debtor

Thomas N. Auwers
Heller & Richmond, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
Tel. (312) 781-6700
Fax (312) 781-6732
Attorney no. 3122576