# Bobb Says Yes
4639 West Broad St * Columbus OH 43228
Phone: (614)853-3000 * Fax: (614)853-9438

## MOTOR VEHICLE PURCHASE AGREEMENT AND INVOICE

| | | | |
|---|---|---|---|
| PURCHASER | Dorian Fields | DATE | 08/18/2022 |
| CO-PURCHASER | | RES. PH. | (773)469-5736 |
| ADDRESS | 1465 69th Place E. | BUS. PH. | (630)971-0150 |
| CITY, ST, ZIP | Chicago IL 60637   COUNTY Cook | CELL PH. | (773)469-5736 |
| SALESPERSON | Audrie Stoker   1047 | E-MAIL | dfields@flexco.com |

**PLEASE ENTER MY ORDER FOR THE FOLLOWING:** ☐ New  ☑ Used  ☐ Certified Used  ☐ Demonstrator

2019 Chevrolet Cruze 4d Sedan LT   COLOR WHITE   MILEAGE 63,773
STOCK No. K24609   VIN 1G1BE5SM6K7114529   TRUCK GVW

| INSURANCE INFORMATION | | | |
|---|---|---|---|
| COMPANY NAME | | SELLING PRICE OF VEHICLE | $18,398.88 |
| POLICY NO. | | ADDITIONAL EQUIPMENT AND/OR CONDITIONS: | N/A |
| AGENT NAME | | $450/Mo x 72 | N/A |
| AGENT ADDRESS | | | N/A |
| AGENT CITY, ST, ZIP | | @ 16.75% | N/A |
| AGENT PHONE NO. | | | N/A |
| EFFECTIVE DATE: FROM   TO | | | N/A |
| DEDUCTIBLES: COLLISION   COMPREHENSIVE | | | N/A |
| LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED | | ADMINISTRATIVE DOCUMENT FEE | 250.00 |
| | | TOTAL | $18,648.88 |
| TRADE DESCRIPTION/PAYOFF INFORMATION | | SALES TAX   (RATE 8.2500 %) | 1,538.53 |
| #1: | | LICENSE/TITLE/REGISTRATION FEES | 35.00 |
| VIN #   COLOR | | EXTENDED SERVICE PLAN | N/A |
| MILEAGE   TAG# | | | N/A |
| ACCT #   EXP. DATE | | 1. TOTAL CASH PRICE DELIVERED | $20,222.41 |
| PAYOFF TO | | 2. DOWN PAYMENT (Rec.# _____ ) | N/A |
| ADDRESS | | REBATES (Rec.# _____ ) | N/A |
| CITY, ST, ZIP | | 3. TRADE ALLOWANCE | N/A |
| TITLE IN NAME OF | | LESS PAYOFF (Upon verifying pay-off, buyer agrees to pay any amt. exceeding this figure) | N/A |
| P/O AMOUNT N/A   GOOD TIL   LIENS | | | |
| QUOTED BY   PHONE | | 4. TOTAL DOWN PAYMENT (2+3) (If negative, enter "0" & disclose on Line 6) | N/A |
| VERIFIED BY   DATE | | | |
| #2: | | 5. UNPAID BALANCE OF CASH PRICE | $20,222.41 |
| VIN #   COLOR | | 6. TO:   for Negative Equity | N/A |
| MILEAGE   TAG# | | 7. CREDIT INSURANCE | N/A |
| ACCT #   EXP. DATE | | 8. OTHER: GAP COVERAGE | N/A |
| PAYOFF TO | | 9. UNPAID BALANCE-AMOUNT FINANCED (5+6+7+8) | $20,222.42 |
| ADDRESS | | | |
| CITY, ST, ZIP | | | |
| TITLE IN NAME OF | | | |
| P/O AMOUNT N/A   GOOD TIL   LIENS | | ** ALL TERMS AND CONDITIONS SUBJECT TO LIENHOLDER APPROVAL ** | |
| QUOTED BY   PHONE | | **LIEN INFORMATION** | |
| VERIFIED BY   DATE | | LIENHOLDER   Avid Acceptance LLC | |
| | | ADDRESS   6995 Union Park Center Suite 450 | |
| ADV.SOURCE   ☐ NEWSPAPER ☐ TV ☐ RADIO | | CITY, ST, ZIP   Cottonwood Heights, Ut 84047 | |
| | | LENDER NO.   22 | |

CONTRACTUAL DISCLOSURE STATEMENT: (FOR USED CARS ONLY) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

ACCEPTED FOR   Bobb Says Yes   BY _____

08/18/2022
DATE   PURCHASER'S SIGNATURE   CO-PURCHASER'S SIGNATURE

ProMax Purchase Agreement and Invoice

EXHIBIT A