UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-21878 |
| Dorian Fields | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Authorizing Debtor To Obtain Credit and Incur Debt**

This matter coming to be heard on the motion of the Debtor, Dorian Fields to obtain credit /incur debt to purchase an automobile, Due notice having been given, the Court having jurisdiction and being advised in the premises, It Is Hereby Ordered:

1. The Debtor Dorian Fields is granted leave to incur debt in order to purchase a 2019 Chevy Cruz auto or a similar car and to finance the sum of $20,222.41 at an annual interest rate of 16.75% over a period of 72 months with monthly payments of $450.00

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 15, 2022

**Prepared by:**

Thomas N. Auwers
Heller & Richmond
33 N. Dearborn Street
Suite 1907
Chicago, Illinois 60602
312/781-6700
Attorney no. 3122576